# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY; NEW YORK, NEW YORK
-----------------------------------------------------------------X
DAVE SHOSTACK,                          PLAINTIFF,

-AGAINST-

SUNRUN INC.,
AKA. SMART HOME SOLAR AKA. VIVINT SOLAR,
CLEAN ENERGY EXPERTS LLC., A CALIFORNIA
LIMITED LIABILITY COMPANY DBA. SOLAR
AMERICA

DEFENDANTS
-----------------------------------------------------------------X

INDEX NO.:

SUMMONS WITH NOTICE

To the above named Defendants:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: September 28, 2021

_____
DAVE SHOSTACK
4 SUTTONWOOD DR.
COMMACK, NY 11725
(631) 864-2656

Defendants Addresses:

Sunrun Inc. aka. Smart Home Solar aka.
Vivint Solar
225 Bush St.
Suite 1400,
San Francisco, CA 94104

Clean Energy Experts LLC. A California Limited
Liability Company dba. Solar America
1601 N Sepulveda Blvd
Suite 227
Manhattan Beach, CA, 90266

**(Page 1 of 2)**

The nature of this action (Seeking statutory damages for violations of the TCPA Act (between September 26, 2017-July 8, 2020)

**The relief sought:** $34,500 (THOUSAND DOLLARS) in statutory damages plus interest, costs, disbursements and any other relief that is just and proper.

Should Defendant(s) fail to appear herein, judgment will be entered by default for the sum of $34,500 (THIRTY FOUR THOUSAND FIVE HUNDREED DOLLARS) with interest from September 26 2020 plus costs and disbursements of this of this action.

Venue: Plaintiff(s) designate(s) New York County as the place of trial The basis of this designation is CPLR 509

**(Page 2 of 2)**

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY; NEW YORK, NEW YORK
------------------------------------------------------------------X   INDEX NO.:158861/2021
DAVE SHOSTACK,            PLAINTIFF,

                                                                     **AMENDED**
-AGAINST-                                                            SUMMONS WITH NOTICE

SUNRUN INC.,
AKA. SMART HOME SOLAR AKA. VIVINT SOLAR,
CLEAN ENERGY EXPERTS LLC., A CALIFORNIA
LIMITED LIABILITY COMPANY DBA. SOLAR
AMERICA

                                    DEFENDANTS
------------------------------------------------------------------X

To the above named Defendants:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

                                                  _Dave Shostack_
                                                  ------------------------------
Dated: January 14, 2022                           DAVE SHOSTACK
                                                  4 SUTTONWOOD DR.
                                                  COMMACK, NY 11725
                                                  (631) 864-2656

Defendants Addresses:

Sunrun Inc. aka. Smart Home Solar aka.
Vivint Solar
225 Bush St.
Suite 1400,
San Francisco, CA 94104

Clean Energy Experts LLC. A California Limited
Liability Company dba. Solar America
1601 N Sepulveda Blvd
Suite 227
Manhattan Beach, CA, 90266

(Page 1 of 2)

The nature of this action: Seeking statutory damages for violations of the TCPA Act (between September 26, 2017-July 8, 2020)

**The relief sought:** $34,500 (THIRTY FOUR THOUSAND FIVE HUNDRED DOLLARS) in statutory damages plus interest, costs, disbursements and any other relief that is just and proper.

Should Defendant(s) fail to appear herein, judgment will be entered by default for the sum of $34,500 (THIRTY FOUR THOUSAND FIVE HUNDRED DOLLARS) with interest from September 26 2017 plus costs and disbursements of this of this action.

Venue: Plaintiff(s) designate(s) New York County as the place of trial The basis of this designation is CPLR 509

**(Page 2 of 2)**

ATTORNEY(S):
Index #: 158861/2021
PURCHASED/FILED: January 14, 2022
STATE OF: New York
COURT: Supreme
COUNTY/DISTRICT: New York

# AFFIDAVIT OF SERVICE

DAVE SHOSTACK
vs
SUNRUN, INC. A/K/A SUNRUN INC., A/K/A SMART HOME SOLAR A/K/A VIVINT SOLAR, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK    COUNTY OF ALBANY

YVONNE STRAIN, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **JANUARY 18, 2022** at **2:38 PM** at **c/o CSC, 80 STATE ST., ALBANY, NY 12207** (Address where service was accomplished.) deponent did serve the following:

**AMENDED SUMMONS WITH NOTICE, CONFIRMATION NOTICE**

on: **CLEAN ENERGY EXPERTS LLC A CALIFORNIA LIMITED LIABILITY COMPANY D/B/A SOLAR AMERICA**

Defendant (herein called recipient) therein named. , SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to **KATHY KRIEGER - JEWELL** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **AUTHORIZED AGENT** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

SUITABLE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.
Deponent called at the aforementioned address on the following dates and times:

on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

DESCRIPTION [x] A description of the person served is as follows:
(use with #1, 2 or 3)
Sex **FEMALE** Color of skin **WHITE** Hair **GRAY** Approx.Age **51 - 65 YRS.** Approx.Height **5' 0" - 5' 3"**
Approx. weight **100 - 130 LBS.** Other _____

WIT. FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
**18th** day of **January, 2022**

NOTARY PUBLIC
ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

YVONNE STRAIN

Invoice·Work Order # **2201719**
Attorney File # **Shostack v. Sunrun**

1 of 1

Index # : 158861/2021
Purchased/Filed : January 14, 2022
State of : New York
Court : Supreme
County/District : New York

# AFFIDAVIT OF SERVICE

Dave Shostack
vs
Sunrun, Inc. a/k/a Sunrun Inc., a/k/a Smart Home Solar a/k/a Vivint Solar, et al

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK   COUNTY OF ALBANY

Yvonne Strain, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **January 18, 2022** at **2:38 PM** at c/o CSC, 80 State St., Albany, NY 12207 (Address where service was accomplished.) deponent did serve the following:

**Amended Summons with Notice, Confirmation Notice**

on: Sunrun, Inc. a/k/a Sunrun Inc., a/k/a Smart Home Solar a/k/a Vivint Solar

Defendant (herein called recipient) therein named. , SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to **Kathy Krieger - Jewell** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Authorized Agent** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

SUITABLE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.
Deponent called at the aforementioned address on the following dates and times:

on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

DESCRIPTION [x] A description of the person served is as follows:
(use with #1, 2 or 3)
Sex **Female** Color of skin **White** Hair **Gray** Approx.Age **51 - 65 Yrs.** Approx.Height **5' 0" - 5' 3"** Approx. weight **100 - 130 Lbs.** Other ___

WIT. FEES [ ] $ ___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
**18th** day of **January, 2022**

Notary Public
ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

Yvonne Strain

Invoice·Work Order # 2201717
Attorney File # **Shostack v. Sunrun**

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY; NEW YORK, NEW YORK

---------------------------------------------------------------------X   INDEX NO.: 158861/2021

DAVE SHOSTACK,

        PLAINTIFF,          **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF THE COMPLAINT**

-AGAINST-

SUNRUN INC.,
AKA. SMART HOME SOLAR AKA. VIVINT SOLAR,
CLEAN ENERGY EXPERTS LLC., A CALIFORNIA
LIMITED LIABILITY COMPANY DBA. SOLAR
AMERICA

        DEFENDANTS

---------------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT, the defendants Sunrun Inc. and Clean Energy Experts LLC (together "Defendants") through their attorneys Kelley Drye & Warren LLP, hereby appear in this action and demand that you serve a copy of the complaint upon Defendants' counsel at the address provided below within twenty days hereof pursuant to CPLR § 3012. Failure to serve said complaint within twenty days will subject this action to dismissal.

Dated: February 10, 2022          KELLEY DRYE & WARREN LLP

        By: */s/ Glenn T. Graham*
            Glenn T. Graham
            3 World Trade Center
            175 Greenwich Street
            New York, New York 10007
            Tel: (212) 808-7800
            Fax: (212) 808-7897
            ggraham@kelleydrye.com

        Attorney for Defendants