# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY; NEW YORK, NEW YORK

-----------------------------------------------------------------X    INDEX NO.: 158861/2021

DAVE SHOSTACK,

                PLAINTIFF,    **NOTICE OF FILING OF**
                                                                                          **NOTICE OF REMOVAL**

-AGAINST-

SUNRUN INC.,
AKA. SMART HOME SOLAR AKA. VIVINT SOLAR,
CLEAN ENERGY EXPERTS LLC., A CALIFORNIA
LIMITED LIABILITY COMPANY DBA. SOLAR
AMERICA

                DEFENDANTS

-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that on February 16, 2022, Defendants Sunrun Inc. and Clean Energy Experts LLC (together "Defendants") filed a Notice of Removal in the above-captioned matter removing this action to the United States District Court for the Southern District of New York.

      PLEASE TAKE FURTHER NOTICE that Defendants, upon filing the Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of New York, also filed copies thereof with the Clerk of the Supreme Court for the State of New York, New York County, to effect removal pursuant to 28 U.S.C. § 1446.  Pursuant to 28 U.S.C. § 1446(d), no further proceedings may be had in this Court unless and until the case is remanded.

      A copy of the Notice of Removal is annexed hereto as "Exhibit A."

Dated: February 16, 2022
New York, New York

                    KELLEY DRYE & WARREN LLP
                    By: */s/ Glenn T. Graham*
                        Glenn T. Graham
                        3 World Trade Center
                        175 Greenwich Street
                        New York, New York 10007
                        Tel: (212) 808-7800
                        Fax: (212) 808-7897
                        ggraham@kelleydrye.com

                    Attorney for Defendants