UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVE SHOSTACK,<br><br>PLAINTIFF,<br><br>-AGAINST-<br><br>SUNRUN INC.,<br>AKA. SMART HOME SOLAR AKA. VIVINT SOLAR,<br>CLEAN ENERGY EXPERTS LLC., A CALIFORNIA<br>LIMITED LIABILITY COMPANY DBA. SOLAR<br>AMERICA<br><br>DEFENDANTS. | Case No.: 1:22-cv-01340<br><br>**STIPULATION OF<br>DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties, Plaintiff Dave Shostack, pro se, and Defendants, Sunrun Inc, and Clean Energy Experts LLC, through their undersigned counsel, that this action, including all claims, counter-claims, and cross-claims, is dismissed without prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her, or its own costs and attorneys' fees.

Dated: March 25, 2022

| | |
|---|---|
| *(signature)*<br>Dave Shostack<br>4 Suttonwood Dr.<br>Commack, New York 11725<br>Tel: (646) 807-8175<br>daveshostack@yahoo.com<br><br>Pro Se Plaintiff | KELLEY DRYE & WARREN LLP<br>*(signature)*<br>Glenn T. Graham<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>ggraham@kelleydrye.com<br><br>Attorney for Defendants |

SO ORDERED.
*(signature)*
LEWIS J. LIMAN
United States District Judge

Date:   March 31, 2022
        New York, NY